**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Ines Lahera

Case No. 12-30182-BKC-AJC
Chapter 13

Debtor.
_____________________/

**DEBTORS' MOTION FOR APPROVAL OF SHORT SALE**

COMES NOW the Debtor, Ines Lahera, by and through the undersigned counsel, and files this Motion for Approval of Short Sale and in support thereof states:

1. This case was filed under Chapter 7 on August 23, 2012.
2. The debtor's case was converted to a Chapter 13 bankruptcy on December 31, 2013.
2. The debtor's First Amended Plan was confirmed on April 2, 2014.
3. The Debtor has surrendered her interest in her non-homestead property located at 421 SE 12 Terrace, Homestead, FL 33033.
4. The Debtor is currently negotiating a short sale of their non-homestead with Wells Fargo Home Mortgage. Attached is the preliminary HUD.

WHEREFORE the Debtor respectfully requests that this Court grant this Motion and grant such further relief as this Court may deem just and equitable.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Nancy N. Herkert, Trustee, and via U.S. Mail to all creditors on the service list.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*__________________
Robert Sanchez, Esq., FBN#0442161