**ORDERED in the Southern District of Florida on August 21, 2014.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: Ines Lahera

Debtor
_______________________________________/

Case No. 12-30182-AJC
Chapter 13

**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF SHORT SALE**

**THIS MATTER** having come to be heard on this 19th day of August, 2014, upon Debtor's Motion for Approval of Short Sale (DE#85), based on the record and the Court having reviewed file, IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion for Approval of Short Sale is GRANTED.

2. The debtor may short sale the property located 421 SE 12 Terrace, Homestead, FL 33033.

3. The debtor will provide the Trustee with a copy of the final HUD-1 within fourteen (14) days of closing.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.